**Electronically Filed
Supreme Court
SCWC-22-0000063
12-MAR-2026
02:47 PM
Dkt. 44 OGAC**

SCWC-22-0000063

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SIERRA CLUB,
Petitioner/Plaintiff-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES, DEPARTMENT OF LAND AND
NATURAL RESOURCES, DAWN N.S. CHANG in her official capacity as
Chairperson of the Board of Land and Natural Resources[1];
ALEXANDER AND BALDWIN, INC.; EAST MAUI IRRIGATION COMPANY, LLC;
COUNTY OF MAUI; MAHI PONO, LLC; AND MAHI PONO HOLDINGS, LLC,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000063; 1CC191000019)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ.,
Circuit Judge Toʻotoʻo, in place of Ginoza, J., recused,
and Circuit Judge Malinao, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on January 12, 2026, is hereby accepted and will be scheduled

---

[1] Pursuant to Hawaiʻi Rules of Appellate Procedure Rule 43(c)(1),
Dawn N.S. Chang, in her official capacity as Chairperson of the Board of Land
and Natural Resources, is automatically substituted in place of Suzanne Case.

for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, March 12, 2026.

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Fa'auuga To'oto'o

/s/ Clarissa Y. Malinao

